```
                     IN THE UNITED STATES BANKRUPTCY COURT
                          NORTHERN DISTRICT OF GEORGIA

IN RE: JERRY HEFNER                DALE HEFNER                CASE No.
       P.O. BOX 871                P.O. BOX 871
       LULA, GA                    LULA, GA                   G00-30112-E
                      30554-0000                  30554-0000

                          FINAL REPORT AND ACCOUNT
                                                        SS#1 - 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
                                                        SS#2 - 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

This Case was           The Plan was               The Case was
commenced on  05/25/00  confirmed on 00/00/00      concluded on 08/02/00

THIS CASE IS DISMISSED PRIOR TO CONFIRMATION        .
     Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records are incorporated by reference in this report.

DIVIDEND TO UNSECURED CREDITORS ...   1.00 %

RECEIPTS: Amount paid to the Trustee by or for the Debtor  for  the  benefit  of
          creditors.                                          $         .00
```

--------------------------------------------------------------------------------

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | | DEBT<br>AMOUNT | PAID BY<br>TRUSTEE | DIRECT<br>PAY | BALANCE<br>DUE |
|---|---|---|---|---|---|
| COVINGTON CREDIT | U | 143.00 | .00 | .00 | 1.43 |
| COVINGTON CREDIT | S | 670.00 | .00 | .00 | 670.00 |
| MCCULLUGH & PAYNE | U | 5,817.12 | .00 | .00 | 58.17 |
| IRS | T | .00 | .00 | .00 | .00 |
| ANES ASSOCIATION OF | U | .00 | .00 | .00 | .00 |
| EMERGENCY MEDICAL | U | .00 | .00 | .00 | .00 |
| FRIEDMAN'S JEWELERS | U | .00 | .00 | .00 | .00 |
| GAINESVILLE ORTHOPED | U | .00 | .00 | .00 | .00 |
| GAINESVILLE RADIOLOG | U | .00 | .00 | .00 | .00 |
| HERITAGE OBSTETRICS | U | .00 | .00 | .00 | .00 |
| NORTHEAST GA MEDICAL | U | .00 | .00 | .00 | .00 |
| NURSE CONNECTION | U | .00 | .00 | .00 | .00 |
| S & W TOWING | U | .00 | .00 | .00 | .00 |
| JERRY      HEFNER | | | .00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | GENERAL | DEB REF | TOTAL | |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | TOTAL PAID |
| AMT. ALLOW | 670.00 | .00 | 5960.12 | .00 | 6630.12 | PLUS |
| PRIN. PAID | .00 | .00 | .00 | .00 | .00 | DIRECT PAY |
| DIRECT PAY | .00 | .00 | .00 |  | .00 | .00 |

--------------------------------------------------------------------------------

```
OTHER DISBURSEMENTS UNDER ORDER OF COURT:
          DEBTOR'S ATTORNEY             FEE ALLOWED        FEE PAID
LAW OFFICE OF MATTHEW T. BERRY            1,500.00             .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
```

```
--------------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

    FILING           NOTICING         TRUSTEE
    EXPENSE          EXPENSE          EXPENSE          TOTAL
    ---------        ---------        ---------        ---------
         .00              .00              .00              .00
```

WHEREFORE, your Trustee shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

```
                                    /S/_____
                                        JAMES H. BONE, TRUSTEE
        Date: 08/07/00                  State Bar No. 067000
```

PAGE   2 OF   2